IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:22-cv-172-KDB-DSC

HUMBERTO BERRUM,

                **Plaintiff,**

v.

TYSON FOODS, INC.;
ADVANCEPIERRE FOODS, INC. dba
TYSON FOODS, INC.; and
PIERRE FOODS, LLC dba TYSON
FOODS, INC.,

                **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed between Plaintiff and Defendants Tyson Foods, Inc. and AdvancePierre Foods, Inc., that all claims of Plaintiff in this action are hereby dismissed with prejudice and without costs or attorneys' fees against any party.

Plaintiff also dismisses Pierre Foods, LLC, with prejudice. This entity has not been served and has not entered an appearance.

Respectfully submitted this 28th day of March, 2023.

| | |
|---|---|
| /s/ *William E. Morgan* | /s/ *Kevin J. Dalton* |
| William E. Morgan (NC Bar No. 35459) | Kevin J. Dalton (NC Bar No. 24197) |
| **Morgan Law, PLLC** | **FISHER & PHILLIPS LLP** |
| 200 First Avenue NW, Suite 531 | 227 West Trade Street, Suite 2020 |
| Hickory, NC 28601 | Charlotte, NC 28202 |
| Telephone: (828) 855-3212 | Telephone: (704) 334-4565 |
| Facsimile: | Facsimile: (704) 334-9774 |
| Email: morgan@morganlaw.org | Email: kdalton@fisherphillips.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS TYSON FOODS, INC. AND ADVANCEPIERRE FOOD, INC. |